**2010-1896. Reed v. Alexander.**
In Habeas Corpus. On petition for writ of habeas corpus of Jerome R. Reed. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2010-1832. State v. McIntire.**
Pickaway App. No. 09CA10, 2010-Ohio-3955. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010-1833. State v. Barber.**
Hamilton App. No. C–090827. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010-1850. State v. Krueger.**
Cuyahoga App. No. 93742, 2010-Ohio-3725. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010-1878. State v. Smith.**
Hamilton App. No. C–090677. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and CUPP, JJ., dissent.

**2010-1895. State v. Lawrence.**
Hamilton App. Nos. C–090507 and C–090588. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010-1897. State v. Lawson.**
Hamilton App. No. C–080877, 2010-Ohio-4115. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2010-1921. State v. Murphy.**
Scioto App. No. 09CA3311, 2010-Ohio-5031. On motion for stay of court of appeals' judgment. Motion denied.

**2010-1925. State v. Ginley.**
Cuyahoga App. No. 95593. On motion for stay of court of appeals' judgment. Motion denied.
LUNDBERG STRATTON and CUPP, JJ., dissent.

**2010-2011. Columbus v. Flowers.**
Franklin App. No. 10AP–32, 2010-Ohio-5081. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2010-1315. State v. Gould.**
Lucas App. No. L–08–1383, 2010-Ohio-3437. Discretionary appeal accepted on Proposition of Law No. I.
LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law Nos. II, III, and IV.
O'CONNOR, J., would also accept the appeal on Proposition of Law No. II.
CUPP, J., would also accept the appeal on Proposition of Law Nos. II and III.
BROWN, C.J., and PFEIFER and LANZINGER, JJ., dissent.